# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 18, 2019

## NO. 03-19-00072-CR

**Romen DeLeon, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.